# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRAY & GILLESPIE IX, LLC,**

    **Plaintiff,**

-vs-                 Case No. 6:07-cv-326-Orl-DAB

**HARTFORD FIRE INSURANCE COMPANY and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,**

    **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO ORDER PAYMENT FOR MEDIATION (Doc. No. 184)**
>
> **FILED:**    **December 8, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. The motion appears to be moot (*see* Doc. No. 193). If payment is not received, the motion may be renewed.

> **MOTION:**   **MOTION FOR CLARIFICATION (Doc. No. 192)**
>
> **FILED:**    **January 14, 2009**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

The deadline for filing dispositive motions is extended until January 30, 2009. Defendants may file **one** motion and memorandum, consisting of a maximum of 35 pages, with respect to jointly

presented issues. To the extent Defendant Westchester has separate issues, it may file **one** supplemental motion and memorandum limited to 10 pages. Both motions may be supported by **one** separate statement of no more than 15 pages of undisputed material facts.

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record