**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRAY & GILLESPIE IX, LLC,**

        **Plaintiff,**

**-vs-**                                               Case No. 6:07-cv-326-Orl-DAB

**HARTFORD FIRE INSURANCE**
**COMPANY and WESTCHESTER**
**SURPLUS LINES INSURANCE**
**COMPANY,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following matters:

> **MOTION:**    **MOTION TO SUBSTITUTE PARTY (Doc. No. 293)**
>
> **FILED:**       **September 4, 2009**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is directed to substitute Soneet R. Kapila, On Behalf of Ocean Waters Asset Co., LLC, As Party Plaintiff.

At trial, the parties stipulated that Plaintiff has settled its claim against Defendant Westchester Surplus Lines Insurance Company. That claim is **DISMISSED,** and Westchester is **terminated** as a party. Trial continues on Plaintiff's claim against Hartford.

**DONE** and **ORDERED** in Orlando, Florida this 15th day of September, 2009.

                                          *David A. Baker*
                                        DAVID A. BAKER
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record