# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRAY & GILLESPIE IX, LLC,

Plaintiff,

-vs-                                                   Case No. 6:07-cv-326-Orl-DAB

HARTFORD FIRE INSURANCE
COMPANY

Defendants.

| JUDGE | David A. Baker | DATE AND TIME | September 15, 2009<br>9:00-12:10<br>1:20-5:10 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| COUNSEL/PLTF | Robert M. Fulton<br>John B. Berringer<br>Erik R. Mathaney | COUNSEL/DEFT | Gerald Albrecht<br>David Shaw |

## CLERK'S MINUTES
### JURY TRIAL – DAY TWO

Case called, appearances taken
Procedural setting by court
Court addresses issue with one juror with counsel
Continuation of deposition experts of Dale Kingman presented by plaintiff
Plaintiff witness James Hanskat sworn and testifies
Cross-examination of Mr. Hanskat, by defense
Re-direct of Mr. Hanskat, by plaintiff counsel
Plaintiff witness Curtis W. Sattenfield, Jr. sworn and testifies
Cross-examination of Mr. Sattenfield, by defense
Re-direct of Mr. Sattenfield, by plaintiff
Plaintiff witness Paul Knopp sworn and testifies
Cross-examination of Mr. Knopp, by defense
Jury released for the evening
Counsel argue exhibit admission