# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRAY & GILLESPIE IX, LLC,

Plaintiff,

-vs-  Case No. 6:07-cv-326-Orl-DAB

HARTFORD FIRE INSURANCE
COMPANY

Defendant.

| JUDGE | David A. Baker | DATE AND TIME | September 16, 2009<br>8:45-12:00<br>1:15-5:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| COUNSEL/PLTF | Robert M. Fulton<br>John B. Berringer<br>Erik R. Mathaney | COUNSEL/DEFT | Gerald Albrecht<br>David Shaw |

## CLERK'S MINUTES
### JURY TRIAL – DAY THREE

Case called, appearances taken
Procedural setting by court
Counsel discusses presentation of exhibits
Continued cross examination of Mr. Knopp, by defense
Re-direct of Mr. Knopp, by plaintiff
Plaintiff witness Robert Hietala sworn and testifies
Cross-examination of Mr. Hietala, by defense
Re-direct of Mr. Heitala, by plaintiff
Plaintiff witness Sidney Slome sworn and testifies
Cross-examination of Mr. Slome, by defense
Re-direct of Mr. Slome, by plaintiff
Plaintiff witness Brian Pole sworn and testifies
Cross-examination of Mr. Pole, by defense
Court inquires of witness Pole
Re-direct of Mr. Pole by plaintiff
Plaintiff expert witness Stanley Hoelle sworn and testifies