UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRAY & GILLESPIE IX, LLC,

Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:07-cv-326-Orl-DAB

HARTFORD FIRE INSURANCE
COMPANY

Defendant.

| JUDGE | **David A. Baker** | DATE AND TIME | September 17, 2009 8:45-9:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| COUNSEL/PLTF | Robert M. Fulton<br>John B. Berringer<br>Erik R. Mathaney | COUNSEL/DEFT | Gerald Albrecht<br>David Shaw |

## CLERK'S MINUTES
### JURY TRIAL – DAY FOUR

Case called, appearances taken
Procedural setting by court
Parties indicate they have reached a complete settlement and requested 60 days to file notice of settlement with prejudice
Court allows 60 day time frame for notice to be filed