# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BRAY & GILLESPIE IX, LLC,**

**Plaintiff,**

-vs-                                    Case No.  6:07-cv-326-Orl-DAB

**HARTFORD FIRE INSURANCE
COMPANY**

**Defendant.**

| JUDGE | **David A. Baker** | DATE AND TIME | September 17, 2009 8:45-9:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| COUNSEL/PLTF | Robert M. Fulton John B. Berringer Erik R. Mathaney | COUNSEL/DEFT | Gerald Albrecht David Shaw |

## CLERK'S MINUTES
### JURY TRIAL – DAY FOUR

Case called, appearances taken

Procedural setting by court

Parties indicate they have reached a complete settlement and requested 60 days to file notice of settlement with prejudice

Court allows 60 day time frame for notice to be filed