# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRAY & GILLESPIE IX, LLC,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-326-Orl-DAB**

**HARTFORD FIRE INSURANCE COMPANY and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,**

        **Defendants.**

_____

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on September 17, 2009.

                                    *David A. Baker*

                                  DAVID A. BAKER
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record