UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SONEET R. KAPILA, on behalf of Ocean
Waters Asset Co., LLC, as substituted party
for Bray & Gillespie, IX, LLC, a Florida
Limited Liability Company,

    Plaintiff,

Case No.: 6:07-cv-326-ORL-DAB

vs.

THE HARTFORD FIRE INSURANCE
COMPANY, a Delaware Corporation
and WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
Corporation,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-styled action, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this action, with prejudice. All parties shall bear their own attorneys' fees, costs, and other litigation expenses.

| *Attorneys for Plaintiff Soneet R. Kapila, on behalf of Ocean Waters Asset Co., LLC:* | *Attorneys for Defendant The Hartford Fire Insurance Company:* |
|---|---|
| /s/ J. Scott Slater | /s/ Gerald T. Albrecht |
| Benjamin H. Hill, III | Gerald T. Albrecht |
| Florida Bar No.: 094585 | Florida Bar No. 0653799 |
| bhill@hwhlaw.com | David H. Shaw |
| Robert M. Fulton | Florida Bar No. 0550361 |
| Florida Bar No. 008516 | BUTLER PAPPAS WEIHMULLER KATZ |
| bfulton@hwhlaw.com | 777 S. Harbour Island Blvd, Suite 500 |
| J. Scott Slater | Tampa, FL 33602 |

Florida Bar No. 869171
sslater@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E. Kennedy Blvd, Suite 3700
Tampa, Florida 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

(813) 281-1900
(813) 281 – 0900 Facsimile
galbrecht@butlerpappas.com
dshaw@butlerpappas.com

*Attorneys for Defendant Westchester Surplus Lines Insurance Company:*

/s/ *Janet L. Brown*
Janet L. Brown
Florida Bar No. 226629
BOEHM, BROWN, FISCHER, HARWOOD KELLY & SCHEIHING, P.A.
101 Southhall Lane, # 375
Maitland, FL 32751
(407) 660-0990
jbrown@boehmbrown.com

-AND-

Wayne D. Taylor
Georgia Bar No. 701275
Ruth M. Pawlak
Georgia Bar No. 045810
MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342-1386
(404) 256-0700
(404) 250 – 9355 Facsimile
wtaylor@mfllaw.com
rpawlak@mfllaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel:

S. LaRue Williams, Esq.
slq@vplaw.com
Kinsey, Vincent, Pyle, P.L.
150 S. Palmetto Avenue, Suite 300
Daytona Beach, Florida 32114

Michael J. Beaudine, Esq.
beaudine@lseblaw.com
LATHAM, SHUKER
EDEN & BEAUDINE, LLP
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801

Gerald T. Albrecht, Esq.
galbrecht@butlerpappas.com
Butler Pappas, LLP
One Harbour Island Place, Suite 500
777 S. Harbour Island Boulevard
Tampa, Florida 33602-5723
Attorneys for Hartford Fire Insurance Company

David H. Shaw, II, Esquire
dshaw@butlerpappas.com
Butler Pappas, LLP
One Harbour Island Place, Suite 500
777 S. Harbour Island Boulevard
Tampa, Florida 33602-5723
Attorneys for Hartford Fire Insurance Company

Janet L. Brown, Esq.
jbrown@boehmbrown.com
Boehm, Brown, Fischer, Harwood, Kelly & Scheihing, P.A.
101 Southhall Lane, Suite 375 (Maitland – 32751)
Post Office Box 2593
Orlando, Florida 32802-2593
Attorneys for Westchester Surplus Lines

Insurance Company

Ruth M. Pawlak, Esq.
rpaylak@mflaw.com
Mozley, Finalyson & Loggins LLP
One Premier Plaza – Suite 900
5605 Glenridge Drive
Atlanta, GA 30309
Attorneys for Westchester Surplus Lines Insurance Company

Wayne D. Taylor, Esq.
wtaylor@mfllaw.com
Mozley, Finlayson & Loggins, LLP
One Premier Plaza – Suite 900
5605 Glenridge Drive
Atlanta, GA 30309
Attorneys for Westchester Surplus Lines Insurance Company

John N. Ellison, Esq.
John B. Berringer, Esq.
Michael N. DiCanio, Esq.
Reed Smith LLP
29th Floor, 599 Lexington Avenue
New York, NY 10022
jellison@reedsmith.com
jberringer@reedsmith.com
mdicanio@reedsmith.com
Attorneys for Plaintiff

W. Bruce DelValle, Esq.
501 North Atlantic Avenue
Daytona Beach, Florida 32118